IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12cv246

| | |
|---|---|
| JAMES R. LEBLOW and LAURA T. LEBLOW, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BAC HOME LOANS SERVICING LP, )<br>et al. )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

Pending before the Court is the Motion for Waiver [# 8]. Plaintiff James Leblow moves the Court to allow him to file pleadings electronically despite the fact that Plaintiff is proceeding in this case *pro se*. Pursuant to the Administrative Procedures Governing Filing and Service by Electronic Means *pro se* parties may not file pleadings through electronic means. Plaintiff James Leblow moves the Court to deviate from the standard administrative procedures and allow him to file pleadings electronically in this case. Upon a review of the record in this case and Plaintiff James Leblow's motion, the Court **DENIES** the motion [# 8] to the extent it seeks an Order allowing him leave to file pleadings electronically in this case.

Pursuant to Section I.D.1 of the Administrative Procedures Governing Filing

-1-

and Service by Electronic Means the Court will allow Plaintiff James Leblow to receive electronic notification of all pleadings pursuant to the email address:

resourceasset@hotmail.com

The Court **DIRECTS** the Clerk to add the above email address to the docket for Plaintiff James Leblow. Plaintiff Laura T. Leblow shall continue to receive copies of pleadings mailed to the address on the docket. The Court **INSTRUCTS** Plaintiff James Leblow that he cannot represent another plaintiff who is proceeding *pro se*. Each plaintiff must sign all pleadings on his or her own behalf.

Signed: October 22, 2012

Dennis L. Howell
United States Magistrate Judge