IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CV 246

| | | |
|---|---|---|
| JAMES R. LEBLOW and LAURA T. LEBLOW, | ) ) ) | |
| Plaintiffs | ) ) | |
| V | ) ) | **ORDER** |
| BAC HOME LOANS SERVICING LP, et al., | ) ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Andrew Chamberlin's Application for Admission to Practice *Pro Hac Vice* of John Paul Scott, Jr. It appearing that John Paul Scott, Jr. is a member in good standing with the Alabama State Bar and will be appearing with Andrew Chamberlin, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Andrew Chamberlin's Application for Admission to Practice *Pro Hac Vice* (#30) of John Paul Scott, Jr. is **GRANTED**, and that John Paul Scott, Jr. is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Andrew Chamberlin.

Signed: January 4, 2013

Dennis L. Howell
United States Magistrate Judge