THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00246-MR-DLH

| | |
|---|---|
| JAMES R. LEBLOW, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>BAC HOME LOANS SERVICING, LP; )<br>BANK OF AMERICA; HOME )<br>OWNERS LOAN CORPORATION; )<br>US MORTGAGE CORPORATION; )<br>COUNTRYWIDE HOME LOANS, INC.; )<br>MERSCORP; BANK OF NEW YORK )<br>MELLON; BROCK & SCOTT, PLLC; )<br>and RATESTAR, INC., )<br>)<br>Defendants. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On May 28, 2013, the Court entered an Order directing the Plaintiff to show good cause in writing for his failure to effect service of the Summons and Complaint on Defendants US Mortgage Corporation and Ratestar, Inc. within fourteen (14) days. [Doc. 34]. The Plaintiff was warned that failure to show good cause would result in the Plaintiff's action against these Defendants being dismissed without prejudice. [Id.].

The time for responding to the Court's Show Cause Order has now passed, and the Plaintiff has failed to show good cause for his failure to effect service on Defendants US Mortgage Corporation and Ratestar, Inc. Accordingly, the Plaintiff's action against these Defendants is hereby dismissed without prejudice.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's action against the Defendants US Mortgage Corporation and Ratestar, Inc. is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is respectfully directed to close this case.

**IT IS SO ORDERED.** Signed: June 15, 2013

Martin Reidinger
United States District Judge